**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MUNOZ GALVAN, et al.,<br><br>    Defendants. | 2:12-CR-00115 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Garardo Cardenas, by and through his counsel, Shari Rusk, and defendant Alejandro Munoz Galvan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 20, 2012 at 9:00 a.m., and to continue the status conference to May 18, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the government is currently in the process of copying discovery for the defense and has indicated that discovery is forthcoming. Hence, above-named defense counsel need additional time to review discovery and for other defense preparation. The Court is advised that Mr. Leras concurs with this request and that he and Ms. Rusk have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

1 until May 18, 2012 should be excluded in computing time for commencement of trial under the
2 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
3 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
4 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
5 outweigh the best interests of the public and the defendant in a speedy trial.
6         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
7 IT IS SO STIPULATED

8
Dated: April 19, 2012                                          BENJAMIN WAGNER
9                                                                                  United States Attorney

10                                                                          By:        /s/ Erin J. Radekin for
                                                                                  TODD LERAS
11                                                                                Assistant United States Attorney

12
Dated: April 19, 2012                                                         /s/ Erin J. Radekin for
13                                                                                  SHARI RUSK
                                                                                  Attorney for Defendant
14                                                                                GARARDO CARDENAS

15
Dated: April 19, 2012                                                         /s/ Erin J. Radekin
16                                                                                  ERIN J. RADEKIN
                                                                                  Attorney for Defendant
17                                                                                ALEJANDRO MUNOZ GALVAN

18 / / /
19 / /
20 /
21
22
23
24
25
26
27
28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 20, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on May 18, 2012 at 9:00 a.m.   The court finds excludable time in this matter through May 18, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  April 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge