Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 12-115 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| | ) |
| vs. | ) Court:  Hon. Garland E. Burrell, |
| | ) Jr. |
| | ) Time:   9:00 a.m. |
| Gerardo Cardenas, et. al., | ) Date:   May 3, 2013 |
| | ) |
| Defendants | |

_____

        Defendants Gerardo Cardenas, Alejandro Galvan and Alejandro

Solario-Chavez are charged in an eight count indictment alleging

violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to

distribute methamphetamine and 21 U.S.C. 853(a) – a criminal

forfeiture count.  A status conference was previously set for March 8,

2013.   The parties are involved in defense investigation, as well as

negotiations and all parties request that the current status

conference be continued to May 3, 2013 if that date is available with

the Court.


///

///

///


-1-

1    The parties agree that time should be excluded under 18 U.S.C. §

2   3161(h)(8)(i) for defense preparation and under local code T4.

Dated: March 5, 2013          Respectfully submitted,


                             /s/ Shari Rusk
                            Shari Rusk
                            Attorney for Defendant
                            Gerardo Cardenas


                            /s/ Erin Radekin
                            Erin Radekin
                            Attorney for Alejandro Munoz-Galvan


                            /s/ Michael Bigelow
                            Michael Bigelow
                            Attorney for Alejandro Pantoja-Solario

                            /s/ Todd Leras
                            Todd Leras
                            Assistant United States Attorney


                            **ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through May 3,

2013, based on Local Code T4, giving counsel reasonable time to

prepare.

**Date:  3/5/2013**

                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge