BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00115 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEJANDRO MUNOZ GALVAN, and GERARDO CARDENAS, | DATE: August 28, 2014
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 28, 2014.

2. By this stipulation, defendants now move to continue the status conference until October 9, 2014, and to exclude time between August 28, 2014, and October 9, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and other documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult to review discovery for this matter, to engage in discussions with the United States regarding potential resolution, for which they will need to review discovery provided, and to otherwise prepare for a possible trial.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER       1

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2014 to October 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 26, 2014                        BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ OLUSERE OLOWOYEYE
                                                 OLUSERE OLOWOYEYE
                                                 TODD A. PICKLES
                                                 Assistant United States Attorney

Dated:  August 26, 2014                        /s/ Olusere Olowoyeye for
                                                 ERIN RADEKIN, ESQ.
                                                 Counsel for Defendant
                                                 ALEJANDRO MUNOZ
                                                 GALVAN

//

//

Dated: August 26, 2014            /s/ Olusere Olowoyeye for
SHARI RUSK, ESQ.
Counsel for Defendant
GERARDO CARDENAS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of August, 2014.

Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER     3