Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GERARDO CARDENA,<br><br>    Defendant. | Case No.: CR. S-12-115-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   November 6, 2014 |

   Defendant Gerardo Cardenas is charged in an eight count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for October 9, 2014.  The parties are prepared to resolve the case or set a trial date at the next status conference date of November 6, 2014.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to November 6, 2014, at 9:30 a.m., if that date is available with the Court.

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: October 6, 2014                    Respectfully submitted,


                                          /s/ Shari Rusk
                                         Shari Rusk
                                         Attorney for Defendant
                                         Gerardo Cardenas


                                         /s/ Olusere Olowoeye
                                         Olusere Olowoeye
                                         Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through November 6, 2014, based on Local Code T4, giving counsel reasonable time to prepare.  The Court further finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 6, 2014



                                         _____
                                         Troy L. Nunley
                                         United States District Judge

-2-