Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  vs.<br>GERARDO CARDENAS,<br>      Defendant | Case No.: CR. S-12-115 TLN<br>MEMORANDUM TO CONTINUE JUDGMENT & SENTENCING<br>Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   June 11, 2015 |

    Defendant Gerardo Cardenas is scheduled for judgment & sentencing on April 30, 2015 at 9:30 a.m. Mr. Cardenas criminal history score impacts his sentencing guidelines in the instant case.  Mr. Cardenas requires additional time to submit documents to the probation office for their review.  Therefore, the defense requests that the matter be calendared for sentencing on June 11, 2015, at 9:30 a.m.  The government does not oppose this request. The pre-sentence schedule would be:

        J & S:                                          June 11, 2015

        Sentencing Memorandum:                         June 4, 2015

        Motion for Correction of PSR:                  May 28, 2015

        Final pre-sentence report:                     May 21, 2015

        Objections to pre-sentence report:    May 14, 2015

Proposed pre-sentence report:          April 30, 2015

Dated: April 19, 2015                Respectfully submitted,

                        __/s/ Shari Rusk___
                        Shari Rusk
                        Attorney for Defendant
                        Gerardo Cardenas

**ORDER**

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
Troy L. Nunley
United States District Judge